UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN CARRASCO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11975-JLT |
| | * | |
| CITY OF LAWRENCE POLICE DEPARTMENT, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

November 2, 2010

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that:

1. Defendants David L. Kelly and Michael McCarthy's <u>Motion to Dismiss or, in the Alternative, to Strike "More Definite Statement of Complaint"</u> [#29] is ALLOWED. All of Plaintiff's claims against Defendants David L. Kelly and Michael McCarthy are hereby DISMISSED.

2. Defendants Radames Gonzales, Christopher Bussey, Jeffrey Malenfant, Tomas Caraballo, and Allen Demers' <u>Motion to Dismiss the Amended Complaint</u> [#31] is ALLOWED. All of Plaintiff's claims against Defendants Radames Gonzales, Christopher Bussey, Jeffrey Malenfant, Tomas Caraballo, and Allen Demers are hereby DISMISSED.

IT IS SO ORDERED.

               /s/ Joseph L. Tauro
               United States District Judge